# *Memorandum*



| | |
|---|---|
| Subject:<br><br>United States v. Forty-Nine Movie Posters in the Custody of Bonhams 1973 Limited in London, United Kingdom<br><br>Case No. 2:20-cv-08465 | Date:<br><br>September 16, 2020 |
| To:<br><br>**KIRY K. GRAY**<br>Clerk, United States District Court<br>Central District of California | From:<br><br>Jonathan Baum<br>Senior Trial Attorney<br>U.S. Department of Justice<br>Money Laundering & Asset Recovery Section<br>Criminal Division |

For purposes of determining whether the above-referenced matter, being filed on July 1, 2020:

(a)      should be assigned to the Honorable André Birotte Jr., it

       ☐ is

       ☒ is not

a matter that was pending in the United States Attorney's Office (USAO) on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

(b)      should be assigned to the Honorable Michael W. Fitzgerald, it

       ☐ is

       ☒ is not

(1) a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before

August 3, 2015, or a matter in which the National Security Section was previously involved; or (3) a matter in which current First Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

*/s/ Jonathan Baum*
JONATHAN BAUM
Senior Trial Attorney
U.S. Department of Justice

2