DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER, Chief, International Unit
WOO S. LEE, Deputy Chief, International Unit
JONATHAN BAUM, Sr. Trial Attorney
BARBARA Y. LEVY, Trial Attorney
JOSHUA L. SOHN, Trial Attorney
Criminal Division
United States Department of Justice
    1400 New York Avenue, N.W., 10th Floor
    Washington, D.C. 20530
    Telephone: (202) 616-9628
    Email: jonathan.baum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>         v.<br><br>FORTY-NINE MOVIE POSTERS IN THE CUSTODY OF BONHAMS 1793 LIMITED IN THE UNITED KINGDOM, INCLUDING "MODERN TIMES" SIX SHEET ET AL.,<br><br>       Defendants *in rem*. | No. 2:20-cv-08465-DSF (PLAx)<br><br>**WARRANT FOR ARREST *IN REM*** |

    TO: THE FEDERAL BUREAU OF INVESTIGATION ("FBI"), THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    A Verified Complaint for Forfeiture *In Rem* ("Verified Complaint") was filed on September 16, 2020, in the United States District Court for the Central District of California by the United States of America, alleging that the assets – specifically: forty-nine movie posters in the custody of Bonhams 1793 Limited in the

United Kingdom, including "MODERN TIMES" SIX SHEET; "KING KONG" SIX SHEET; "INTOLERANCE" ONE SHEET; "WINGS" ONE SHEET; "WINGS TALKING" ONE SHEET; "THE FIREMAN 'CHAPLIN MUTUAL'" ONE SHEET; "THE 1939 WIZARD OF OZ" ONE SHEET; "BOLERO" ONE SHEET; "PETRIFIED FOREST" ONE SHEET; "CASABLANCA" HALF SHEET; "INVISIBLE MAN" US ONE SHEET; "39 STEPS" ONE SHEET; "YOU CANT TAKE IT WITH YOU" US ONE SHEET; "SAFETY LAST" SIX SHEET; "STAGECOACH" THREE SHEET; "GRAND HOTEL" ONE SHEET; "GWTW ROAD" ROADSHOW SIX SHEET; "CHAPLIN FLOORWALKER" ONE SHEET; "THE MOST DANGEROUS GAME (RKO, 1932)" HALF SHEET; "JUD SUSS" GERMAN ONE SHEET; "SUNSET BOULEVARD" US THREE SHEET; "THE GHOUL" UK THREE SHEET; "THE BROADWAY MELODY" US ONE SHEET; "THE WIZARD OF OZ" US THREE SHEET; "GILDA STYLE B" ONE SHEET; "CITIZEN KANE STYLE B" ONE SHEET; "CITIZEN KANE" US INSERT (14 X 36); "IT HAPPENED ONE NIGHT" US THREE SHEET; "IT HAPPENED ONE NIGHT (RE-RELEASE)" US ONE SHEET; "LA DOLCE VITA" ITALIAN 4 – FOGLIO (54 X 77); "LA DOLCE VITA ITALIAN" ITALIAN FOLIO-2; THE KURASAWA COLLECTION 17 X POSTERS; "IT HAPPENED ONE NIGHT" ONE SHEET; AND "GILDA" ITALIAN (55 X 79) (collectively "Defendant Assets") are subject to forfeiture to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(A) and (C).

The Court is satisfied that, based upon the allegations of the Verified Complaint, there is probable cause to believe that the Defendant Assets are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

2

YOU ARE HEREBY COMMANDED pursuant to Supplemental Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), to arrest and seize the Defendant Assets.  Special Agents of the FBI and/or Deputies of the United States Marshals Service ("USMS"), together with any personnel deemed necessary, shall execute this warrant of arrest *in rem* as soon as practicable.

YOU ARE FURTHER COMMANDED to provide a copy of this warrant to the person or persons from whom the Defendant Assets are seized and file a return with this Court identifying the time and details of execution of this Warrant, and the identity of the individual(s) who received copies.

THE GOVERNMENT IS COMMANDED to publish notice of the seizure in a manner consistent with the Supplemental Rules, and to provide notice of this action to all persons and entities who reasonably appear to be potential claimants to the Defendant Assets by sending such persons and entities a copy of this warrant and a copy of the Verified Complaint, in a manner consistent with Rule G(4)(b) of the Supplemental Rules.

This warrant provides notice that in order to avoid forfeiture of the Defendant Assets, any person claiming an interest in, or right against, the Defendant Assets must file a claim, signed under penalty of perjury, identifying the specific assets claimed, the claimant, and stating the claimant's interest in the assets in the manner set

3

forth in Rule G(5) of the Supplemental Rules.  Any such claim must also be served on Senior Trial Attorney Jonathan Baum, U.S. Department of Justice, 1400 New York Ave., NW, 10th Floor, Washington DC, 20005.  In no event may such claim be filed later than thirty-five (35) days after the date the notice of the Complaint is sent, or if applicable, no later than sixty (60) days after the first day of publication on an official internet government forfeiture site.

In addition, any person having filed such a claim must also file an answer to the Verified Complaint not later than 21 days after the filing of the claim, with a copy thereof sent to Senior Trial Attorney Jonathan T. Baum at the address above.  Upon failure to file

//

//

//

a verified statement of interest and answer, default may be entered pursuant to Rule 55(a), Federal Rule of Civil Procedure, and seizure and condemnation may proceed as sought by plaintiff in its Complaint.

DATED:   October 14, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR
Chief, MLARS
United States Department of Justice
WOO S. LEE
JONATHAN T. BAUM
BARBARA Y. LEVY
JOSHUA L. SOHN
Criminal Division
U.S. Department of Justice


 */s/ Jonathan Baum*
JONATHAN BAUM
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA