UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>FORTY-NINE MOVIE POSTERS IN THE CUSTODY OF BONHAMS 1793 LIMITED IN THE UNITED KINGDOM, INCLUDING "MODERN TIMES" SIX SHEET ET AL.,<br><br>    Defendants *in rem*. | NO. 2:20-cv-8465-DSF (PLAx)<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO SUBMIT FILING FOR *IN CAMERA* REVIEW** |

Based on Plaintiff's application for leave to submit filing for *in camera* review, and for good cause shown, the Court hereby grants the application for leave to submit the following for *in camera* review: (1) the declaration of Department of Justice Senior Trial Attorney Jonathan T. Baum offered in support of the application; (2) the filing that is the subject of the application; and any further status reports.

   IT IS SO ORDERED.

DATED: June 9, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section
United States Department of Justice
JONATHAN BAUM, Senior Trial Attorney
BARBARA LEVY, Trial Attorney
JOSHUA SOHN, Trial Attorney
Criminal Division
U.S. Department of Justice


_/s/ *Jonathan T. Baum*_____
JONATHAN BAUM, Senior Trial Attorney
BARBARA LEVY, Trial Attorney
JOSHUA SOHN, Trial Attorney
Money Laundering and Asset Recovery Section
Criminal Division

U.S. Department of Justice

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2